

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Robert Chayenne Alvarez **v.** The State of Texas

Appellate case number:   01-16-00407-CR

Trial court case number: 1441389

Trial court:             232nd District Court of Harris County

Date motion filed:       September 24, 2018

Party filing motion:     State

     It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Michael Massengale
                ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Caughey


Date: October 9, 2018